

# NUMBER 13-22-00314-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**OSBALDO GUERRA, INDIVIDUALLY
AND D/B/A ON CALL DELIVERY SERVICE,**        **Appellant,**

**v.**

**ARMANDO AGUILAR AND ANDRES PEREZ JR.,**        **Appellees.**

---

### On appeal from the 197th District Court of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Chief Justice Contreras**

Appellant Osbaldo Guerra, individually and d/b/a On Call Delivery Service, filed a notice of appeal assailing an order signed on May 19, 2022. Appellant has now filed a "Motion for Voluntary Dismissal" of this appeal on grounds that the appeal is moot.

Appellant requests that we dismiss this appeal "without prejudice to the filing of subsequent appeals."

The Court, having examined and fully considered appellant's motion, is of the opinion that it should be granted. Accordingly, we grant appellant's "Motion for Voluntary Dismissal" and we dismiss the appeal without regard to the merits and without prejudice to the filing of subsequent appeals from the underlying proceeding. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
28th day of July, 2022.

2